*Galindo et al. v. Tristate Roofing Inc., et al.*
USDC Western District of Washington at Seattle
**NOTICE OF REMOVAL**

# EXHIBIT 1

FILED

18 AUG 08 PM 1:03

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 18-2-19991-3 SEA

1

2

3

4

5

6

7

8

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

9  | OSCAR SANCHEZ GALINDO and ROGELIO
    | SANCHEZ GALINDO,                                    No.

10 |                             Plaintiffs,

11 |         v.                                           **COMPLAINT FOR UNPAID
                                                          WAGES**

12 | TRISTATE ROOFING INC. and AMERICAN
    | CONTRACTORS INDEMNITY CO.,

13

14 |                             Defendants.

15 |        1.      Plaintiffs Oscar Sanchez Galindo and Rogelio Sanchez Galindo are adults

16 | who performed roofing construction labor in in the Puget Sound area in the employ of

17 | Defendant Tristate Roofing Inc. ("Tristate Roofing"), as is alleged *infra*.

18 |        2.      Defendant Tristate Roofing is a construction company that is licensed as a

19 | contractor in Washington State, performs work in King County and around the Puget Sound

20 | area, and employed Plaintiffs.

21 |        3.      Defendant American Contractors Indemnity Co. ("American") is a surety

22 | company that issued RCW 18.27.040 construction bond 100290832 to Defendant Tristate

23

COMPLAINT FOR UNPAID
WAGES – Page 1

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305

Roofing.  Bond 100290832 was in effect for Defendant Tristate Roofing from November 1, 2015 through at least the date of this complaint.

4.     Plaintiffs performed roofing work as employees of Defendant Tristate Roofing on various properties between approximately October 2017 and July 2018.

5.     Defendant Tristate Roofing failed to fully pay Plaintiffs promised piece-rate wages for work performed on at least two properties in July 2018.

6.     In addition, Plaintiffs often worked in excess of forty hours per week working for Defendant Tristate Roofing during the course of their employment in 2017 and 2018.

7.     Defendant Tristate Roofing failed to pay Plaintiffs an overtime premium for work performed in excess of forty hours in a workweek in 2017 and 2018.

## FIRST CAUSE OF ACTION—BREACH OF EMPLOYMENT CONTRACT

8.     Plaintiffs repeat and re-allege the prior allegations of the Complaint herein as if fully repeated.

9.     Defendant Tristate Roofing failed to pay Plaintiffs wages due to them under their employment agreements.

10.    Defendant Tristate Roofing's breaches of the employment contracts were willful and done with the intent to deprive Plaintiffs of their wages in violation of RCW 49.52.050 and .070, thereby entitling Plaintiffs to recover double exemplary damages.

## SECOND CAUSE OF ACTION—VIOLATION
## OF THE MINIMUM WAGE ACT

11.    Plaintiffs repeat and re-allege the prior allegations of the Complaint herein as if fully repeated.

COMPLAINT FOR UNPAID
WAGES – Page 2

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305

12.     Defendant Tristate Roofing violated RCW 49.46.020 by permitting Plaintiffs to perform unpaid work.

13.     Defendant Tristate Roofing violated RCW 49.46.130 by permitting Plaintiffs to work more than 40 hours in a workweek without paying overtime premium pay.

14.     Defendant Tristate Roofing's violations of RCW 49.46.020 and .130 were willful and done with the intent to deprive Plaintiffs of their wages in violation of RCW 49.52.050 and .070, thereby allowing Plaintiffs to recover double exemplary damages.

### THIRD CAUSE OF ACTION—FAILURE TO PAY FINAL WAGES

15.     Plaintiffs repeat and re-allege the prior allegations of the Complaint herein as if fully repeated.

16.     Defendant Tristate Roofing violated RCW 49.48.010 by failing to pay Plaintiffs their final wages upon termination of employment.

17.     Defendant Tristate Roofing's RCW 49.48.010 violations were willful and made with the intent to deprive Plaintiffs of wages for purposes of establishing a cause of action under chapter 49.52 RCW and awarding double damages under RCW 49.52.050 and .070.

### FOURTH CAUSE OF ACTION—RCW 18.27.030 SURETY BOND 100290832

18.     Plaintiffs repeat and re-allege the prior allegations of the Complaint herein as if fully repeated.

19.     Plaintiffs performed unpaid labor for Defendant Tristate Roofing in 2017 and 2018 when American bond 100290832 was in effect.

20.     Defendant Tristate Roofing's failure to pay wages supports a claim against

COMPLAINT FOR UNPAID
WAGES – Page 3

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840   FAX (206) 682-2305

Defendant American under the contractor bond issued to Defendant Tristate Roofing. This claim arises under RCW 18.27.040.

21.    Defendant American is liable for up to full amount of their bond that is subject to employee wage claims.

## FIFTH CAUSE OF ACTION— FAIR LABOR STANDARDS ACT ("FLSA")

22.    Plaintiffs repeat and re-allege the previous allegations of the Complaint herein as if fully repeated.

23.    Plaintiffs were employed in an enterprise engaged in commerce, as these terms are used in the FLSA, 29 U.S.C.§§ 201-219.

24.    Defendant Tristate Roofing violated § 6 of the FLSA, 29 U.S.C. § 206 by not paying for all work performed by Plaintiffs.

25.    Defendant Tristate Roofing violated the overtime provisions of Section 7 of the FLSA, 29 U.S.C. §207 by failing to pay Plaintiffs time-and-one-half their regular rate of pay for all overtime work, *i.e.,* work in excess of forty hours in a workweek.

26.    Defendant Tristate Roofing's violations subject it to liquidated damages under 29 U.S.C.§ 216(b).

## PRAYER FOR RELIEF

Wherefore, Plaintiffs request that the Court:

1.    Enter Judgment in favor of Plaintiffs and against Defendant Tristate Roofing for money damages in an amount to be proven at trial, plus FLSA liquidated or exemplary (double) damages, prejudgment and post-judgment interest at the legal rates, costs and

COMPLAINT FOR UNPAID
WAGES – Page 4

attorneys' fees pursuant to RCW 49.46.090, RCW 49.48.030, RCW 49.52.070, and 29 U.S.C.§ 216(b);

     2.    Declare that the actions of Defendant Tristate Roofing complained of herein violate RCW 49.46.020, RCW 49.46.130, RCW 49.48.010, RCW 49.52.050, RCW 49.12.020, 29 U.S.C. § 206 and 29 U.S.C. §207;

     3.    Enjoin Defendant Tristate Roofing and its officers, agents, successors, employees, representatives, and any and all persons acting in concert with them, from engaging in the unlawful and wrongful conduct set forth herein;

     4.    Enter judgment against Defendant American for money damages including wages due to Plaintiffs, prejudgment interest, court costs, and attorneys' fees.

     5.    Grant leave to amend these pleadings to conform to the evidence presented at trial; and

     6.    Grant such other and further relief as the Court deems just and equitable.


DATED August 8, 2018.

                          By: /s/ Beau C. Haynes
                             David N. Mark, WSBA #13908
                             Beau C. Haynes, WSBA #44240
                             Washington Wage Claim Project
                             810 Third Avenue, Suite 500
                             Seattle, Washington 98104
                             Telephone:  (206) 340-1840
                             Fax:  (206) 682-2305
                             E-mail:  david@wageclaimproject.org
                             E-mail:  beau@ wageclaimproject.org

                             *Attorneys for Plaintiffs*

COMPLAINT FOR UNPAID
WAGES – Page 5

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305