HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OSCAR SANCHEZ GALINDO and ROGELIO SANCHEZ GALINDO,<br><br>    Plaintiffs,<br><br> v.<br><br>TRISTATE ROOFING INC. and AMERICAN CONTRACTORS INDEMNITY CO.,<br><br>    Defendants. | No. 2:18-cv-01337-JCC<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**RULE 41(a)(1)(A) NOTICE OF DISMISSAL**

COMES NOW Plaintiffs, through the undersigned counsel, who file this Notice of Dismissal of the above action, pursuant to F.R.C.P. 41(a)(1)(A)(i), and state as follows:

1. This case was removed from state court on September 10, 2018.  Neither Defendant Tristate Roofing Inc. nor Defendant American Contractors Indemnity Co. have filed an answer or motion for summary judgment.  Under F.R.C.P. 41(a)(1)(A)(i), Plaintiffs therefore have the right to voluntarily dismiss this action against Defendants without prejudice.

NOTICE OF DISMISSAL OF ACTION
WITHOUT PREJUDICE – Page 1

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305

WHEREFORE, Plaintiffs, pursuant to F.R.C.P. 41(a)(1)(A)(i), file this voluntary dismissal and hereby dismiss the instant action without prejudice as to all Defendants.

DATED September 13, 2018.

By: /s/ Beau C. Haynes
David N. Mark, WSBA #13908
Beau C. Haynes, WSBA #44240
Washington Wage Claim Project
810 Third Avenue, Suite 500
Seattle, Washington 98104
Telephone: (206) 340-1840
Fax: (206) 682-2305
E-mail: david@wageclaimproject.org
E-mail: beau@ wageclaimproject.org

*Attorneys for Plaintiffs*

NOTICE OF DISMISSAL OF ACTION
WITHOUT PREJUDICE – Page 2

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below, I caused a true and correct copy of the foregoing to be filed electronically using the CM/ECF system and served on the following via ECF E-Service and US Mail:

> Mr. Stephen M. Hansen
> Law Offices of Stephen M. Hansen, P.S.
> 1821 Dock Street, Suite 103
> Tacoma, WA 98402
> Telephone: 253.302.5955
> Steve®stenhenmhansenlaw.com
>
> *Attorneys for Defendant American Contractors Indemnity Co.*
>
> Patricia K. Buchanan, WSBA 19892
> Sean D. Jackson, WSBA 33615
> 2112 Third Ave., Suite 500 Seattle, WA 98121
> Phone: (206) 462-6700
> Fax: (206) 462-6701
> pkb@pattersonbuchanan.com
> sdj@pattersonbuchanan.com
>
> *Attorneys for Defendant Tristate Roofing Inc.*

Dated:  September 13, 2018

> /s/ Beau C. Haynes
> Beau C. Haynes, WSBA No. 44240
> WASHINGTON WAGE CLAIM PROJECT
> 810 Third Avenue, Suite 500
> Seattle, WA 98104
> Tel. (206) 340-1840
> Email: beau@wageclaimproject.org
>
> *Attorneys for Plaintiffs*

NOTICE OF DISMISSAL OF ACTION
WITHOUT PREJUDICE – Page 3

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305